# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

VINCENT J. DIMODICA,

                 Plaintiff,                  Civil Action No. 97-216(SDW)

  v.

UNITED STATES OF AMERICA,

               Defendant.             **ORDER**

                                     November 17, 2008

**WIGENTON, District Judge**

      Plaintiff Vincent J. DiModica may file a reply in this matter by January 5, 2009.  There will be no extensions to this deadline.

      **SO ORDERED**.

                                     **S/SUSAN D. WIGENTON, U.S.D.J.**

cc: Judge Madeline Cox Arleo, U.S.M.J.